UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
SEP 08 2021
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:21cr45 |
| WILLIAM LEWIS, | |
| Defendant. | Violations: 18 U.S.C. § 1001(a)(2) |

# INDICTMENT

The Grand Jury charges that:

*Background*

1. United States Penitentiary ("USP") Hazelton is a federal prison located in Bruceton Mills, West Virginia.

2. Between February 2020 and July 2020, several USP Hazelton inmates alleged that correctional officers in the prison's Special Housing Unit ("SHU") were engaged in various forms of misconduct against inmates, including verbal threats, use of excessive force, and physical assaults. These inmate complaints were collected by the USP Hazelton Special Investigation Services ("SIS") unit, which is responsible for conducting internal investigations regarding prison inmates and staff.

3. On or about July 28, 2020, USP Hazelton correctional officer **WILLIAM LEWIS** approached a SIS Lieutenant to share concerns about staff behavior in the SHU. In particular, **WILLIAM LEWIS** advised that staff had assaulted inmates in the SHU and expressed concern that staff would eventually "kill an inmate."

4. In response to the allegations of inmate abuse in the SHU at USP Hazelton, the Department of Justice Office of the Inspector General ("DOJ-OIG") initiated a civil rights investigation.

5. On August 14, 2020, as part of the subsequent investigation, DOJ-OIG special agents obtained a recorded sworn statement from **WILLIAM LEWIS** at USP Hazelton.

## COUNT ONE

(False Statement to Federal Agent)

On or about August 14, 2020, in Preston County, West Virginia, in the Northern District of West Virginia, defendant **WILLIAM LEWIS** willfully and knowingly made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating that he had "no information" and that he knew "nothing about the situation" regarding alleged staff misconduct in the SHU at USP Hazelton. The statements and representations were false because, as **WILLIAM LEWIS** then and there knew, he did in fact have information and knowledge about the matter.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## **COUNT TWO**

(False Statement to Federal Agent)

On or about August 14, 2020, in Preston County, West Virginia, in the Northern District of West Virginia, defendant **WILLIAM LEWIS** willfully and knowingly made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by denying that any staff in the SHU at USP Hazelton had used excessive force against inmates. The statements and representations were false because, as **WILLIAM LEWIS** then and there knew, he had recently reported that SHU staff had, in fact, used excessive force against inmates.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## **COUNT THREE**

(False Statement to Federal Agent)

On or about August 14, 2020, in Preston County, West Virginia, in the Northern District of West Virginia, defendant **WILLIAM LEWIS** willfully and knowingly made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating that he "never told anybody" that he had "seen [SHU] officers going too far." The statements and representations were false because, as **WILLIAM LEWIS** then and there knew, he advised a SIS Lieutenant that staff in the SHU at USP Hazelton were assaulting inmates and might ultimately kill an inmate.

All in violation of Title 18, United States Code, Section 1001(a)(2).

A true bill,

/s/
Foreperson

/s/
RANDOLPH J. BERNARD
Acting United States Attorney

Andrew R. Cogar
Assistant United States Attorney