PS 40 (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT

for the

West Virginia Northern

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1243
Sterling, VA 20166-1243

**FROM:** Austin Brooks
Clarksburg Federal Center
320 West Pike Street, Suite 110
Clarksburg, WV 26301

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

☒ **Original Notice**  
**Date:** 10/13/2021  
**By:** Chasity Dalton

☐ **Notice of Disposition**  
**Date:**  
**By:**

**Defendant:** William Lewis

**Case Number:** [0424 1:21CR00045]-[001]

Date of Birth:
SSN:
Place of Birth:

**Notice of Court Order**   (Order Date: 10/13/2021 )

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☐ The above-named defendant surrendered passport number _____ and/or passport card number _____ to the custody of the U.S. District Court on _____.

**NOTICE OF DISPOSITION**
The above case has been disposed of.
☐ The above order of the court is no longer in effect.
☐ Defendant not convicted – Document returned to defendant.
☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court