IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

UNITED STATES OF AMERICA

Case No. 1:21CR0045-TSK-MJA

WILLIAM DILLON LEWIS

### MOTION IN LIMINE

Now comes the Defendant, William Dillon Lewis, by Counsel, Gregory H. Schillace and Timothy W. McAfee, and hereby moves to limit or redact portions of the audio interview of the Defendant/Transcript of the interview of the Defendant which is the subject matter of the Indictment.

In support of this Motion, Counsel aver the following:

1. On August 14, 2020, Lewis provided a sworn statement to federal law enforcement officers. This statement was recorded and has now been transcribed and provided to Defense Counsel.

2. This statement is the basis for the criminal charges in the Indictment.

3. The statement contains numerous examples of factual statements and accusations by the interviewers. These statements and accusations are not relevant and should be excluded pursuant to FRE 401, or, the prejudicial nature of these factual statements and accusations outweighs the probative value and should be excluded pursuant to FRE 403.

4. The Defendant is willing to stipulate that he made statements to law enforcement officers in relation to an ongoing criminal investigation, which the Government alleges are materially false.

US v William Lewis
1:21-cr-45
Motion In Limine

Respectfully Submitted,

WILLIAM DILLON LEWIS
BY COUNSEL

/s/ *Gregory H. Schillace*
Gregory H. Schillace
WV Bar #: 5597
**Attorney for William Dillon Lewis**
230 West Pike Street Suite 303
Clarksburg, WV 26301
[Office] 888-290-7794
[Fax] 304-624-9100
ghs@schillacelaw.com

/s/ *Timothy W. McAfee*
Timothy W. McAfee
Virginia State Bar Number: 21779
***Pro Hac Vice* Attorney for William Dillon Lewis**
McAfee Law Firm, PLLC
P.O. Box 610
Big Stone Gap, VA 24219
Telephone: (276) 523-5300
Fax: (540) 301-5777
E-mail: tim@mcafee-law.com

**CERTIFICATE OF SERVICE**

I, Gregory H. Schillace, do hereby certify that on **7/6/2022** a pdf file of the foregoing **Motion** was **electronically filed** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of Record.

/s/ *Gregory H. Schillace*