IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
SEP 13 2022
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CRIMINAL NO. 1:21-CR-45
                                                         (KLEEH)
WILLIAM LEWIS,

    Defendant.

**VERDICT**
**(Count One)**

As to Count One, False Statement to a Federal Agent; on or about August 14, 2020, in Preston County, in the Northern District of West Virginia, in violation of 18 U.S.C. § 1001(a)(2),

We, the jury, on the issue joined, find beyond a reasonable doubt that the defendant, **WILLIAM LEWIS**, is

GUILTY _____                          NOT GUILTY __X__

DATED: 09/13/2022

                                                      FOREPERSON SIGNATURE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                    CRIMINAL NO. 1:21-CR-45
                                                    (KLEEH)

**WILLIAM LEWIS,**

    **Defendant.**

## VERDICT
### (Count Two)

As to Count Two, False Statement to a Federal Agent; on or about August 14, 2020, in Preston County, in the Northern District of West Virginia, in violation of 18 U.S.C. § 1001(a)(2),

We, the jury, on the issue joined, find beyond a reasonable doubt that the defendant, **WILLIAM LEWIS**, is

GUILTY __X__                    NOT GUILTY ____

DATED: 09/13/2022

                                                    FOREPERSON SIGNATURE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.                                     CRIMINAL NO. 1:21-CR-45
                                                    (KLEEH)

**WILLIAM LEWIS,**

      **Defendant.**

**VERDICT**
**(Count Three)**

As to Count Three, False Statement to a Federal Agent; on or about August 14, 2020, in Preston County, in the Northern District of West Virginia, in violation of 18 U.S.C. § 1001(a)(2),

We, the jury, on the issue joined, find beyond a reasonable doubt that the defendant, **WILLIAM LEWIS**, is

GUILTY __X__                          NOT GUILTY _____

DATED: 09/13/2022                                   
                                                          FOREPERSON SIGNATURE