**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

UNITED STATES OF AMERICA,

      Plaintiff,

   v.                                   CRIMINAL NO. 1:21-CR-45
                                              (KLEEH)

WILLIAM LEWIS,

      Defendant.

## ORDER FOLLOWING TRIAL

This case came on for trial before the Court and a jury on September 12, 2022. Defendant William Lewis ("Lewis") appeared in person and by his attorneys, Timothy W. McAfee and Gregory H. Schillace. The United States of America appeared through Andrew R. Cogar, Assistant United States Attorney.

Lewis having previously entered a plea of NOT GUILTY to the charges against him in the Indictment, the jury rendered the following verdict:

- As to Count One, False Statement to a Federal Agent, NOT GUILTY beyond a reasonable doubt;

- As to Count Two, False Statement to a Federal Agent, GUILTY beyond a reasonable doubt; and

- As to Count Three, False Statement to a Federal Agent, GUILTY beyond a reasonable doubt.

The Court, after ascertaining that the verdict represented the unanimous opinion of the members of the jury and finding the

USA V. LEWIS                                                    1:21-CR-45

### ORDER FOLLOWING TRIAL

verdict to be in due form, accepted the verdict and hereby **ORDERS** the Clerk to file the verdict form and enter judgment.

Accordingly, Lewis stands convicted of two counts of False Statement to a Federal Agent, in violation of 18 U.S.C. § 1001(a)(2).

The Court **RELEASED** Lewis under the same terms and conditions of release that were previously imposed.

Pursuant to U.S.S.G. § 6A1 et seq., the Court hereby **ORDERS** the following:

1.   The Probation Officer shall undertake a presentence investigation of Lewis and prepare a presentence investigation report for the Court;

2.   The Government and Lewis shall each provide their narrative descriptions of the offenses to the Probation Officer by **September 21, 2022;**

3.   The presentence investigation report shall be disclosed to Lewis, his counsel, and the Government on or before **November 7, 2022;** however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4.   Counsel may file written objections to the presentence investigation report on or before **November 21, 2022;**

USA V. LEWIS                                                    1:21-CR-45

### ORDER FOLLOWING TRIAL

5.    Responses to objections to the presentence investigation report shall be filed on or before **November 28, 2022;**

6.    The Office of Probation shall submit the presentence investigation report with the addendum to the Court on or before **December 19, 2022;** and

7.    Counsel may file any written sentencing memoranda or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **January 2, 2023.**

The Court further **ORDERS** that prior to the sentencing hearing, counsel for Lewis shall review with him the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56.

The Court will conduct the **Sentencing Hearing** for Lewis on **January 18, 2023,** at **1:30 p.m.,** at the **Clarksburg, West Virginia,** point of holding court.  If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please notify the Judge's chamber staff so that an adequate amount of time can be scheduled.

The parties shall file post-trial motions, if any, on or before **October 21, 2022.**

**USA V. LEWIS**                                                    **1:21-CR-45**

**ORDER FOLLOWING TRIAL**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: September 14, 2022

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA