```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**　　　　　　　　　　　　　　　　　CRIMINAL NO. 1:21-CR-45
　　　　　　　　　　　　　　　　　　　　　　　　(KLEEH)

**WILLIAM LEWIS,**

    **Defendant.**

### ORDER

The Court has been advised that Gregory H. Schillace, local counsel for Defendant, is no longer licensed to practice law. As such, he is **TERMINATED** as counsel of record in this case. The sentencing hearing previously scheduled for January 18, 2023, is **GENERALLY CONTINUED**. Defendant's pro hac vice counsel, Timothy W. McAfee, is **DIRECTED** to obtain new local counsel for Defendant on or before **February 17, 2023**. When local counsel has appeared, the Court will reschedule the sentencing hearing.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: January 3, 2023

_/s/ Thomas S. Kleeh_
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA